# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRAYVEON LIVINGSTON, | ) | NO. CV 06-4033 SVW (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| LARRY SMALL, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 12, 2009.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE